# TRANSFER OF JURISDICTION

DOCKET NUMBER (*Tran. Court*)
0205 3:20CR00028-005

DOCKET NUMBER (*Rec. Court*)
**1:23-CR-00021 ADA**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Oscar Zavala | CONNECTICUT | BRIDGEPORT | |
| | NAME OF SENTENCING JUDGE<br>Honorable Victor A. Bolden, U.S. District Judge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>12/09/2022 | TO<br>12/08/2025 |

**FILED**
**Feb 01, 2023**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFENSE
NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 31, 2023
*Date*

Victor Bolden Digitally signed by Victor Bolden Date: 2023.01.31 13:52:24 -05'00'
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 -ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 1, 2023
*Date*

*United States District Judge*

Print Form Save As